IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERALD RANDALL,

      Plaintiff,                    No. 2:10-cv-0052 JFM (PC)

   vs.

T. KIMURA, et al.,

      Defendants.              ORDER

_____/

      Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On July 1, 2011, plaintiff filed his third motion for the appointment of counsel. Plaintiff's previous requests were filed on January 7, 2010 and November 18, 2010. All motions were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's July 1, 2011 motion for appointment of counsel is denied.

DATED: July 25, 2011.

                                      UNITED STATES MAGISTRATE JUDGE

/mp
rand0052.31thr