IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERALD RANDALL,

        Plaintiff,                    No. 2:10-cv-0052 JAM JFM (PC)

    vs.

T. KIMURA, et al.,

        Defendants.            <u>ORDER</u>

                       /

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. Plaintiff claims that his rights under the Eighth Amendment were violated during a period of incarceration at High Desert State Prison (High Desert) as a result of deliberate indifference to his serious medical needs. On July 1, 2011, plaintiff filed a motion for preliminary injunction, seeking a court order requiring diagnostic tests and referral to an outside specialist for the medical conditions described in his first amended complaint. Defendants oppose the motion on the ground that plaintiff has transferred from High Desert to California State Prison-Corcoran and, therefore, that his claim for injunctive relief against the

/////

/////

/////

1

1  two defendants who have appeared in this action to date, both of whom are employed at High
2  Desert, is moot.[1]
3        Good cause appearing, IT IS HEREBY ORDERED that within ten days from the
4  date of this order defendants shall file a complete copy of plaintiff's medical records from
5  January 2008 through the present.
6  DATED: July 28, 2011.

                                    UNITED STATES MAGISTRATE JUDGE

12
rand0052.fb

---

[1] A third defendant, T. Kimura, who is employed by the California Department of Corrections and Rehabilitation in Sacramento, has not yet been served with process.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERALD RANDALL,

      Plaintiff,                                   No. 2:10-cv-00052-JFM (PC)

    vs.

T. KIMURA, et al.,                        <u>NOTICE OF SUBMISSION</u>

      Defendants.                          <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____    completed summons form

      _____    completed USM-285 forms

      _____    copies of the _____
                                     Amended Complaint

DATED:

                                              _____
                                              Plaintiff