**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Craig A. Tomlins, CSB #272678

Attorneys for defendants
SWINGLE and WRIGLEY

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERALD RANDALL, | CASE No. 2:10-cv-00052 JAM JFM (PC) |
| Plaintiff, | **ORDER** |
| vs. | |
| T. KIMURA, et al., | |
| Defendants. | |

## ORDER

Defendants SWINGLE and WRIGLEY seek an order from the Court, pursuant to Federal Rule of Civil Procedure 30(b)(4), to permit defendants' counsel to conduct the deposition of plaintiff JERALD RANDALL and all witnesses via videoconference.

Having read defense counsel's request,

IT IS HEREBY ORDERED THAT:

1. Defendants' request to conduct plaintiff and witness' depositions via videoconference is GRANTED.

/////

/////

/////

/////

*Randall  v. Kimura , et al. [2:10cv-00052 JAM JFM (PC)]* Order                                                  Page 1

2. Nothing in this Order shall be interpreted as requiring any penal institution to obtain videoconferencing equipment if it is not already available.

Dated: October 14, 2011.

UNITED STATES MAGISTRATE JUDGE

rand0052.vcdep

## PROOF OF SERVICE

Case Name:         *Randall v. Kimura*
Case Number:       2:10-cv-00052 JAM JFM (PC)
Court :            USDC Eastern District of California

I am a citizen of the United States, employed in the City and County of Sacramento. My business address is 1250 Sutterville Road, Suite 290, Sacramento, California 95822. I am over the age of 18 years and not a party to the above-entitled action.

I am familiar with WILLIAMS & ASSOCIATES' practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area.  Each day's mail is collected and deposited in a U.S. mailbox after the close of each day's business.

I certify that on August 31, 2011, pursuant to F.R.C.P. 5(b), I deposited in the United States mail, postage prepaid, a true copy of the document entitled:

**[PROPOSED] ORDER**

and addressed as follows:

**LEGAL DOCUMENTS ENCLOSED**
Jerald Randall
P-97682
CORCORAN STATE PRISON
PO Box 3461
Corcoran, CA 93212-3461

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.


DATED: August 31, 2011

                              */s/ Susan J. Olsson*
                                  SUSAN J. OLSSON