IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERALD RANDALL,

     Plaintiff,                     No. 2:10-cv-0052 JAM JFM P

     vs.

T. KIMURA, et al.,

     Defendants.              <u>ORDER</u>

                              /

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On October 9, 2012, defendants filed a request to vacate the October 12, 2012 deadline for filing pretrial motions due to the pendency of this court's September 12, 2012 findings and recommendations recommending dismissal of this action. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Defendants' October 9, 2012 request (Doc. No. 69) is granted; and

      2. The deadline for filing dispositive motions in this action is vacated.

DATED: October 18, 2012.

UNITED STATES MAGISTRATE JUDGE

12/rand0052.vac